# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. __15-139__        Caption: __Phillip Smith v. Union Co. Board of Education and NC Dept. of Public I__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__Phillip Smith__
(name of party/amicus)

who is _____appellant_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity?   ☐ YES ☑ NO

2. Does party/amicus have any parent corporations?   ☐ YES ☑ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?   ☐ YES ☑ NO
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?　☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question)　☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding?　☐ YES ☑ NO
If yes, identify any trustee and the members of any creditors' committee:

Signature: /s/ KIRK J. ANGEL　　　　　　　　　　Date: April 9, 2015

Counsel for: Appellant

## CERTIFICATE OF SERVICE
**************************

I certify that on ___April 9, 2015___ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Katherine T. Armstrong
William C. Robinson
Robinson Elliott & Smith
PO Box 36098
Charlotte NC 28236
Telephone: 704.343.0061
Facsimile: 704.373.0290
Email: karmstrong@reslawfirm.net
Email: srobinson@reslawfirm.net

/s/ KIRK J. ANGEL　　　　　　　　　　　　　April 9, 2015
(signature)　　　　　　　　　　　　　　　　　(date)